MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
ADAM R. TRIPPIEDI, ESQ.
Nevada Bar No. 12294
atrippiedi@bohnlawfirm.com
NIKOLL NIKCI, ESQ.
Nevada Bar No.: 10699
nnikci@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
2260 Corporate Circle, Ste. 480
Henderson, Nevada 89074
(702) 642-3113/ (702) 642-9766 FAX

Attorney for Bourne Valley Court Trust

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

WILMINGTON TRUST, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO CITIBANK N.A. AS STRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2007-AR3 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR3,

        Plaintiff,

vs.

HIDDEN CREST/PARKHURST COMMUNITY ASSOCIATION; BOURNE VALLEY COURT TRUST; and ATC ASSESSMENT COLLECTION GROUP LLC, fka ANGIUS & TERRY COLLECTIONS, LLC,

        Defendants.

CASE NO.: 2:16-cv-01808-JAD-NJK

## SUBSTITUTION OF ATTORNEYS

     Bourne Valley Court Trust, hereby substitutes Michael F. Bohn, Esq. of Law Offices

/ / /

1

1  of Michael F. Bohn, Esq., Ltd., as its attorneys in the above-entitled matter in place and stead of Charles

2  L. Geisendorf, Esq., of the law firm Geisendorf & Vilkin, PLLC.

3        DATED this 30th day of July, 2018.

5                           By: _____

                             Iyad "Eddie" Haddad

7        MICHAEL F. BOHN, ESQ., does hereby agree to be substituted in the place of Charles L.

8  Geisendorf, Esq., as attorney for Bourne Valley Court Trust, in the above entitled matter.

9        DATED this 30th day of July, 2018.

                         LAW OFFICES OF
                         MICHAEL F. BOHN, ESQ., LTD.

                         By:/s/Michael F. Bohn, Esq./ _____
                            Michael F. Bohn, Esq.
                            Nevada Bar No. 1641
                            2260 Corporate Circle, Suite 480
                            Henderson, Nevada 89074

17        Charles L. Geisendorf, Esq., consents to the substitution of MICHAEL F. BOHN, ESQ. as

18  attorney of record for Bourne Valley Court Trust.

19        DATED this 29th day of July, 2018.

                         GEISENDORF & VILKIN, PLLC

                         By: /s/ Charles L. Geisendorf _____
                            Charles L. Geisendorf, Esq.
                            Nevada Bar No. 6985
                            2470 St. Rose Parkway, Suite 309
                            Henderson, NV 89074

IT IS SO ORDERED.
Dated:  July 31, 2018
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

2