MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: vatana.lay@akerman.com

*Attorneys for Plaintiff Wilmington Trust, National Association, as Successor Trustee to CitiBank, N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2007-AR3 Mortgage Pass-Through Certificates, Series 2007-AR3*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO CITIBANK N.A. AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2007-AR3 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR3,<br><br>Plaintiff,<br><br>vs.<br><br>HIDDEN CREST/PARKHURST COMMUNITY ASSOCIATION; BOURNE VALLEY COURT TRUST; and ATC ASSESSMENT COLLECTION GROUP LLC, *f/k/a* ANGIUS & TERRY COLLECTIONS, LLC,<br><br>Defendants. | Case No.: 2:16-cv-01808-JAD-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS**<br><br>**(FIRST REQUEST)**<br><br>ECF No. 33 |

Plaintiff Wilmington Trust, National Association, as successor trustee to Citibank N.A. as trustee for Structured Asset Mortgage Investments II Trust 2007-AR3 Mortgage Pass-Through Certificates, Series 2007-AR3 (**Wilmington**) and Bourne Valley Court Trust (**Trust**) stipulate as follows:

1. Trust filed a motion to dismiss Wilmington's complaint on November 2, 2018. ECF

1

No. 32. Wilmington's response is currently due on November 16, 2018, per ECF No. 32.

2. The parties stipulate that Wilmington shall have until **December 7, 2018** to file its response to the Trust's motion to dismiss.

3. This is the first request for an extension of time for Wilmington to file its opposition to the Trust's motion to dismiss; and

4. The parties agree this extension is not intended to cause delay or prejudice any party, but to allow additional time to fully address the issues raised in the motion and accommodate counsel's schedule and conflicts with the current deadlines.

Dated this 15th day of November, 2018.

**THE LAW OFFICES OF MICHAEL F. BOHN, ESQ.**

BY: /s/ *Michael F. Bohn*
  MICHAEL F. BOHN, ESQ.
  Nevada Bar No. 1641
  ADAM R. TRIPPIEDI, ESQ.
  Nevada Bar No. 12294
  2260 Corporate Circle, Suite 480
  Henderson, Nevada 89074

  *Attorneys for Bourne Valley Court Trust*

**AKERMAN LLP**

BY: */s/ Vatana Lay*
  MELANIE D. MORGAN, ESQ.
  Nevada Bar No. 8215
  VATANA LAY, ESQ.
  Nevada Bar No. 12993
  1635 Village Center Circle, Suite 200
  Las Vegas, Nevada 89134

  *Attorneys for Wilmington Trust, National Association, as Successor Trustee to CitiBank, N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2007- Mortgage Pass-Through Certificates, Series 2007-AR3*

### ORDER

Based on the stipulation between Plaintiff and Defendant Bourne Valley Court Trust [ECF No. 33], which I construe as a joint motion because it was signed by fewer than all parties, and good cause appearing, IT IS HEREBY ORDERED that **Wilmington has until 12/7/18 to file its response to Bourne Valley's Motion to Dismiss [ECF No. 32]**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 18, 2018