MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: vatana.lay@akerman.com

*Attorneys for Plaintiff Wilmington Trust, National
Association, as Successor Trustee to CitiBank, N.A.
as Trustee for Structured Asset Mortgage
Investments II Trust 2007-AR3 Mortgage Pass-
Through Certificates, Series 2007-AR3*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO CITIBANK N.A. AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2007-AR3 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR3,<br><br>Plaintiff,<br><br>vs.<br><br>HIDDEN CREST/PARKHURST COMMUNITY ASSOCIATION; BOURNE VALLEY COURT TRUST; and ATC ASSESSMENT COLLECTION GROUP LLC, *f/k/a* ANGIUS & TERRY COLLECTIONS, LLC,<br><br>Defendants. | Case No.: 2:16-cv-01808-JAD-NJK<br><br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF WILMINGTON TRUST'S COUNTERMOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Plaintiff Wilmington Trust, National Association, as successor trustee to Citibank N.A. as trustee for Structured Asset Mortgage Investments II Trust 2007-AR3 Mortgage Pass-Through Certificates, Series 2007-AR3 (**Wilmington**), Hiddencrest/Parkhurst Community Association (**Hiddencrest**), and Bourne Valley Court Trust (**Bourne Valley Trust**) stipulate as follows:

47457148;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1.      Bourne Valley Trust filed a motion to dismiss Wilmington's complaint on November 2, 2018.  ECF No. 32.

2.      Wilmington filed its response to the motion to dismiss and counter motion for partial summary judgment on December 7, 2018.  ECF Nos. 37-38.

3.      Bourne Valley Trust filed its reply in support of the motion to dismiss on December 14, 2018.  ECF No. 39.

4.      Bourne Valley Trust and Hiddencrest filed their responses to Wilmington's counter motion for summary judgment on December 28, 2018.  ECF Nos. 40-41.

5.      Counsel for Wilmington needs additional time to reply to the arguments raised in defendants' oppositions to Wilmington's counter motion for summary judgment.  The additional time will allow Wilmington to properly address the issues raised.

6.      The parties stipulate that Wilmington shall have until **February 11, 2019** to file its reply in support of its counter motion for summary judgment.

7**.**      This is the first request for an extension of time for Wilmington to file its reply in support of its counter motion for summary judgment.

///
///
///
///
///
///
///
///
///
///
///
///
///

47457148;1

8.     The parties agree this extension is not intended to cause delay or prejudice any party, but to allow additional time to fully address the issues raised in the motion and accommodate counsel's schedule and conflicts with the current deadlines.

Dated this 9th day of January, 2019.

| **THE LAW OFFICES OF MICHAEL F. BOHN, ESQ.** | **GORDON REES SCULLY MANSUKHANI, LLP** |
|---|---|
| BY: /s/ *Adam R. Trippiedi* | BY: /s/ *David T. Gluth, II* |
| MICHAEL F. BOHN, ESQ. | ROBERT T. LARSEN, ESQ. |
| Nevada Bar No. 1641 | Nevada Bar No. 7785 |
| ADAM R. TRIPPIEDI, ESQ. | DAVID T. GLUTH, II, ESQ. |
| Nevada Bar No. 12294 | Nevada Bar No. 10596 |
| 2260 Corporate Circle, Suite 480 | 300 South Fourth Street, Suite 1550 |
| Henderson, Nevada 89074 | Las Vegas, Nevada 89101 |
| *Attorneys for Bourne Valley Court Trust* | *Attorneys for Hiddencrest/Parkhurst Community Association* |

| **AKERMAN LLP** | |
|---|---|
| BY: /s/ *Vatana Lay* | |
| MELANIE D. MORGAN, ESQ. | |
| Nevada Bar No. 8215 | |
| VATANA LAY, ESQ. | |
| Nevada Bar No. 12993 | |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, Nevada  89134 | |
| *Attorneys for Wilmington Trust, National Association, as Successor Trustee to CitiBank, N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2007-AR3 Mortgage Pass-Through Certificates, Series 2007-AR3* | |

**ORDER**

**IT IS SO ORDERED:**

_____

**UNITED STATES DISTRICT COURT JUDGE**
Dated: January 11, 2019.